IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOU DAVIS and TAMEKA DAVIS, formerly known as TAMEKA SMITH, <br><br> Plaintiffs, <br><br> vs. <br><br> BANK OF AMERICA, N.A., <br><br> Defendant. | Case No. 1:20-cv-04816 |

**NOTICE OF SETTLEMENT**

Plaintiffs Lou Davis and Tameka Davis, formerly known as Tameka Smith ("Plaintiffs") and Defendant Bank of American, N.A. ("Defendant"), by and through their respective attorneys, hereby inform this Court that the parties have reached a settlement which will resolve the case. Plaintiff.  The Parties are in the process finalizing settlement and will file a Stipulation of Dismissal as soon as settlement is complete.  The Parties also request that February 16, 2021, deadline for the Rule 26 Joint Planning Report, and all subsequent deadlines in this case, be stricken.

Respectfully submitted,

| | |
|---|---|
| *s/ Tara L. Goodwin* | *s/ Kathryn B. Davis* |
| Tara L. Goodwin | Kathryn B. Davis |
| Daniel A. Edelman | Natalie Burris |
| Cathleen M. Combs | **WINSTON & STRAWN, LLP** |
| Carly M. Cengher | 800 Capitol St., Suite 2400 |
| **EDELMAN, COMBS, LATTURNER & GOODWIN, LLC** | Houston, TX 77002 |
| | T: (713) 651-2600 |
| 20 South Clark Street, Suite 1500 | D: (713)-651-2784 |
| Chicago, IL 60603-1824 | F: 713-651-2700 |
| (312) 739-4200 | winston.com |
| (312) 419-0379 (FAX) | |
| Email address for service: courtecl@edcombs.com | |

1

## **CERTIFICATE OF SERVICE**

       I, Tara L. Goodwin, hereby certify that on Tuesday, February 16, 2021, I caused a true and accurate copy of the foregoing document to be filed via the courts CM/ECF online system, which sent notice via email to all counsel of record.

                                                */s/Tara L. Goodwin*
                                                Tara L. Goodwin

Daniel A. Edelman
Cathleen M. Combs
Tara L. Goodwin
Carly Cengher
**EDELMAN, COMBS, LATTURNER**
      **& GOODWIN, LLC**
20 S. Clark Street, Suite1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
E-mail for Service:
courtecl@edcombs.com

2